Robert B. Carey (SBN 011186)
John M. DeStefano (SBN 025440)
E. Tory Beardsley (SBN 031926)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email:       rob@hbsslaw.com
             johnd@hbsslaw.com
             toryb@hbsslaw.com

*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Capane, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LM General Insurance Company, et al.,<br><br>Defendants. | Case No. _2:24-cv-01095-PHX-SMB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>(Honorable Susan M. Brnovich) |

1    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Daniel Capane, through undersigned

2    counsel, hereby voluntarily dismisses, without prejudice, all claims in the Class Action

3    Complaint (Dkt. 1) against Defendants.

4

5    Dated: December 10, 2024                Respectfully submitted by,

6                                            HAGENS BERMAN SOBOL SHAPIRO LLP

7                                            By: *s/ Robert. B. Carey*

8                                                 Robert B. Carey
                                                  John M. DeStefano
9                                                 E. Tory Beardsley

10                                           THE SLAVICEK LAW FIRM
                                                  Brett L. Slavicek (SBN 019306)
11                                                James Fucetola (SBN 029332)
                                                  Justin Henry (SBN 027711)
12

13

14                                           *Attorneys for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 –