Robert B. Carey (SBN 011186)
John M. DeStefano (SBN 025440)
E. Tory Beardsley (SBN 031926)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email:   rob@hbsslaw.com
         johnd@hbsslaw.com
         toryb@hbsslaw.com

*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Capane, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LM General Insurance Company, et al.,<br><br>Defendants. | Case No. _2:24-cv-01095-PHX-SMB<br><br>**PLAINTIFF'S CORRECTED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>(Honorable Susan M. Brnovich) |

1  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Daniel Capane, through undersigned counsel, hereby voluntarily dismisses, without prejudice, all claims in the Amended Class Action Complaint (Dkt. 9) against Defendants.

Dated: December 12, 2024                Respectfully submitted by,

  HAGENS BERMAN SOBOL SHAPIRO LLP

  By: *s/ Robert. B. Carey*
      Robert B. Carey
      John M. DeStefano
      E. Tory Beardsley

  THE SLAVICEK LAW FIRM
      Brett L. Slavicek (SBN 019306)
      James Fucetola (SBN 029332)
      Justin Henry (SBN 027711)


  *Attorneys for Plaintiff*